# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Laura R.,** | ) | |
| Plaintiff, | ) | Civil Action No: 3:22-cv-271 |
| | ) | |
| v. | ) | |
| | ) | |
| **Kilolo Kijakazi,** | ) | Magistrate Judge Silvain |
| **Acting Commissioner** | ) | |
| **of Social Security,** | ) | |
| Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

<u>November 21, 2022</u>                                                                                    *s/Peter B. Silvain, Jr.*
                                                                                                                    Peter B. Silvain, Jr.
                                                                                                                    United States Magistrate Judge